# ARMED SERVICES BOARD OF CONTRACT APPEALS

Appeal of -- )
)
The Boeing Company )  ASBCA No. 58974
)
Under Contract No. N00383-06-D-001J )

APPEARANCES FOR THE APPELLANT:  Kara M. Sacilotto, Esq.
Scott M. McCaleb, Esq.
John R. Prairie, Esq.
Jon W. Burd, Esq.
Craig M. Smith, Esq.
  Wiley Rein LLP
  Washington, DC

APPEARANCES FOR THE GOVERNMENT:  Ronald J. Borro, Esq.
  Navy Chief Trial Attorney
Anthony K. Hicks, Esq.
  Trial Attorney

## ORDER OF DISMISSAL

The dispute has been settled. The appeal is dismissed with prejudice.

Dated: 4 January 2016

MARK N. STEMPLER
Administrative Judge
Acting Chairman
Armed Services Board
of Contract Appeals

I certify that the foregoing is a true copy of the Order of Dismissal of the Armed Services Board of Contract Appeals in ASBCA No. 58974, Appeal of The Boeing Company, rendered in conformance with the Board's Charter.

Dated:

JEFFREY D. GARDIN
Recorder, Armed Services
Board of Contract Appeals